[No. 59664-1-I. Division One. March 31, 2008.]

*In the Matter of the Marriage of* PAULETTE L. LADNER, *Respondent,* and WILLIAM HENRY LADNER, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 05-3-00437-1, Charles R. Snyder, J., entered March 5, 2007. *Affirmed* by unpublished opinion per Becker, J., concurred in by Cox and Dwyer, JJ.

[No. 59970-4-I. Division One. March 31, 2008.]

*In the Matter of the Personal Restraint of* STEVEN JOSEPH CLARK, *Petitioner.*

Petition for relief from personal restraint. *Remanded* by unpublished per curiam opinion.

[No. 35346-6-II. Division Two. April 1, 2008.]

THE STATE OF WASHINGTON, *Respondent,* v. NICOLE ANDREA TYRER, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 06-1-00822-7, John P. Wulle, J., entered September 8, 2006. *Reversed* and *remanded* by unpublished opinion per Van Deren, A.C.J., concurred in by Penoyar, J.; Quinn-Brintnall, J., concurring in the result only.

[No. 35741-1-II. Division Two. April 1, 2008.]

THE STATE OF WASHINGTON, *Respondent,* v. JOEY URUO, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 06-1-00448-5, Roger A. Bennett, J., entered December 4, 2006. *Affirmed in part* and *remanded* by unpublished opinion per Penoyar, J., concurred in by Van Deren, A.C.J., and Quinn-Brintnall, J.